FILED

MAR 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10108 |
| Plaintiff - Appellee, | D.C. No. 1:09-cr-00204-DAE |
| v. | |
| JANE DOE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted March 8, 2011[**]

Before:     FARRIS, LEAVY, and BYBEE, Circuit Judges.

Jane Doe appeals from the 100-month sentence imposed following her

guilty-plea conviction of possession with intent to distribute methamphetamine, in

violation of 21 U.S.C. § 841.  We have jurisdiction under 28 U.S.C. § 1291, and

we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Doe contends that the district court erred in denying her a two-level minor role reduction. We need not reach this question, as Doe's sentence of 100 months was below the statutory minimum of ten years, *see* 21 U.S.C. § 841(b)(1)(A)(viii), and the court lacked the authority to depart further from the statutory minimum on the basis of Doe's role in the offense, *see United States v. Jackson*, 577 F.3d 1032, 1036 (9th Cir. 2009).

**AFFIRMED.**